The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PILLER, an individual,<br><br>Defendants. | No. 2:19-cv-01257 RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S ANSWER DEADLINE<br><br>**Noting Date: August 16, 2019** |

Plaintiff Central Freight Lines, Inc. and Defendant Christian Piller stipulate and agree that the date by which the Defendant shall answer or otherwise file a responsive pleading to Plaintiff's Complaint be extended by fourteen (14) days, from Friday, August 16, 2019 to Friday, August 30, 2019.

Stipulated to and Presented on this 16th day of August, 2019.

| | |
|---|---|
| *s/ Jacob M. Downs*<br>Jacob M. Downs, WSBA No. 37982<br>Robert L. Gillette, WSBA No. 44212<br>Corr Downs PLLC<br>100 W. Harrison St., Suite N440<br>Seattle, WA 98119<br>Telephone: (206) 962-5040<br>Email: jdowns@corrdowns.com<br>Email: rgillette@corrdowns.com<br>*Attorneys for Plaintiff* | *s/ Steven W. Block*<br>Steven W. Block, WSBA No. 24299<br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: steve.block@foster.com<br>*Attornes for Defendant* |

STIPULATION AND [PROPOSED] ORDER - 1
Case No. 2:19-cv-01257 RSL

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. Defendant's deadline to respond to Plaintiff's Complaint is hereby extended until August 30, 2019.

DATED this 20th day of August, 2019.

_____
Judge Robert S. Lasnik
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER - 2
Case No. 2:19-cv-01257 RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700